UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

In Re:

Henry Casanova

Order Filed on October 7, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.: 18-22020-~~DHS~~ SLM

Chapter: 13

Judge: Hon. ~~Sherwood~~ Stacey L. Meisel

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 7, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____7/5/18_____ :

Property: 488 Victor St. #1  Saddle Brook, NJ  07663

Creditor: Trinity Financial Services

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____Dec. 25, 2018_____.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*