Order Filed on December 17, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Jeanette F. Frankenberg, Esq.<br>Fei Lam, Esq.<br>Maria Cozzini, Esq.<br>Djibril Carr, Esq.<br>STERN, LAVINTHAL & FRANKENBERG, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, NJ 07068<br>Phone: (973) 797-1100<br>Fax: (973) 228-2679<br>Attorney for Secured Creditor,<br>Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage Pass-Through Certificates, Series 2007-16N | |
| In Re:<br><br>Henry Casanova<br><br><br><br>Debtor(s). | Case No.: 18-22020-SLM<br><br>Chapter: 13<br><br>Hearing Date: November 14, 2018<br><br>Judge: Stacey L. Meisel |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

    The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: December 17, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Henry Casanova
Case No: 18-22020-SLM
Caption: Consent Order Resolving Motion to Vacate Stay

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtor's Counsel: | Robert Wachtel, Esq. |
| Property Involved ("Collateral"): | 488 Victor Street, Saddle Brook, New Jersey 07663 |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for 2 months, from 10/01/2018 to 11/01/2018.
    - The Debtor is overdue for 2 payments at $2,283.55 per month.
    - Less Funds held in debtor(s) suspense $10.80

    Total Arrearages Due $4,556.30.

2. Debtor must cure all post-petition arrearages, as follows:

    - Beginning on December 1, 2018, regular monthly mortgage payments shall continue to be made in the amount $2,283.55.
    - Beginning on December 1, 2018, additional monthly cure payments shall be made in the amount of $759.38 for 5 months.
    - Beginning on May1 1, 2019, additional monthly cure payments shall be made in the amount of $759.40 for 1 month.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ✓ Immediate payment:    Nationstar Mortgage LLC
    P.O. Box 619094
    Dallas, TX 75261-9741

Case 18-22020-SLM    Doc 36    Filed 12/17/18    Entered 12/18/18 09:16:45    Desc Main
Document    Page 3 of 3

Page | 3
Debtor: Henry Casanova
Case No: 18-22020-SLM
Caption: Consent Order Resolving Motion to Vacate Stay

- ✓ Regular monthly payment:   Nationstar Mortgage, LLC
　　　　　　　　　　　　　　　　P.O. Box 619094
　　　　　　　　　　　　　　　　Dallas, TX 75261-9741

- ✓ Monthly cure payment:   Nationstar Mortgage, LLC
　　　　　　　　　　　　　　　P.O. Box 619094
　　　　　　　　　　　　　　　Dallas, TX 75261-9741

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

4. Award of Attorneys' Fees:

- ✓ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.

The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

_____
Robert Wachtel, Esq.
Attorney for the Debtors,
*Henry Casanova*

/s/ Maria Cozzini
Maria Cozzini, Esq.
Attorney for Secured Creditor,
*Nationstar Mortgage LLC*