UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine
210 River Street Ste. 11
Hackensack, NJ 07601
Tel 201 489-7900

In Re:

HENRY CASANOVA

Case No.: 18-22020SLM

Judge: Meisel

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by ____US Bank N.A.____, creditor,

   A hearing has been scheduled for ____July 10, 2019____, at __10:00__.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
I had stopped payment because of an attempt to obtain a loan modification. I can make a payment by July 15th for $3,000. I will be able to make another payment of $3,085. by July 30th that will bring me current though end of May. I will make a payment staring on Aug. 25th for six consective months of a reg. amt. of $2,283 plus a stipulation amount of $ 761 for a total of $3,044 to cover June and

☒ Other **(explain your answer)**:
July. Then starting with my February 2020 payment the amount will return to just $2,283.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: ~~July 3, 20189~~

Date: 7/3/19

/s/Henry Casanova
Debtor's Signature

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev 8/1/15*