UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine
210 Rivert Street Ste. 11
Hackensack, NJ 07601
201 489-7900

In Re:

HENRY CASANOVA

Case No.: 18-22020SLM

Judge: Meisel

Chapter: 13

## CHAPTER 13 DEBTOR'S Counsel's CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by <u>Trinity Financial Services, LLC</u>, creditor,

    A hearing has been scheduled for <u>   July 10, 2019   </u>, at <u> 10:00 </u>.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
As debtor's counsel I have communicated with Laura Leach in house counsel for Trinity to revive a proposed loan modification agreement that was not accepted by debtor. Ms. Leach has not yet responded. I also reached out today with Denise Carlon who agreed to a 4 week adjournment of the July 10, 2019 shceduled hearing date. This will provide time to resolve this Motion. *Attached is adjournment request efiled today.*

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: July 3, 2019

/s/Robert Wachtel
Debtor's ~~Signature~~ *Counsel's*

Date: _____

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine
210 River Street Ste. 11
Hackensack, NJ 07601
201 489-7900

In Re:

HENRY CASANOVA

Case No.: 18-22020SLM

Adv. Pro. No.: 

Chapter: 13

Hearing Date: July 10, 2019

Judge: Meisel

## ADJOURNMENT REQUEST

1. I, __Robert Wachtel__,

   ☒ am the attorney for: __Debtor__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Relief filed by Trinity Financial Services, LLC

   Current hearing date and time: July 10, 2019 at 10:00

   New date requested: August 14, 2019

   Reason for adjournment request: To provide time to negotiate a loan modification previously offered at terms not acceptable at that time by debtor

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 7/3/19                                                              /s/Robert Wachtel
                                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted                          New hearing date: _____          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2