Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−22020−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Henry Casanova
    488 Victor Street
    Saddle Brook, NJ 07663

Social Security No.:
    xxx−xx−7447

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/14/19 at 10:00 AM

to consider and act upon the following:

*71* − Creditor's Certification of Default filed by Maria Cozzini on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage Pass−Through Certificates, Series 2007−16N. Objection deadline is 07/9/2019. (Cozzini, Maria)

*74* − Response to (related document:71 Creditor's Certification of Default filed by Maria Cozzini on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage Pass−Through Certificates, Series 2007−16N. Objection deadline is 07/9/2019. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage Pass−Through Certificates, Series 2007−16N) filed by Robert Wachtel on behalf of Henry Casanova. (Wachtel, Robert)

Dated: 7/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court