Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−22020−SLM
          Chapter:  13
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry Casanova
   488 Victor Street
   Saddle Brook, NJ 07663

Social Security No.:
   xxx−xx−7447

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on August 13, 2018.

   On 07/11/2019 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                August 14, 2019
Time:               08:30 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 11, 2019
JAN: dlr

                                                                                  Jeanne Naughton
                                                                                  Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                        Case No. 18-22020-SLM
Henry Casanova                                                Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2         Date Rcvd: Jul 12, 2019
                              Form ID: 185               Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db             +Henry Casanova,    488 Victor Street,    Saddle Brook, NJ 07663-6121
cr             +LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue Suite 100,    Boca Raton, FL 33487-2853
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr             +RAS Crane, LLC,    Bankruptcy Department,    10700 Abbott's Bridge Road,    Suite 170,
                 Duluth, GA 30097-8461
517590016      +Admin Recovery LLC,    Attn: Raymour & Flanigan,    POB 731,    Mahwah, NJ 07430-0731
517590017      +Aurora Loan Services, LLC,    80 State Street,    Albany, NY 12207-2541
517590018     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America, N.A.,    POB 982234,    El Paso, TX 79998)
517590023      +BGS First Electronic Bank,    POB 4499,    Beaverton, OR 97076-4499
517590019      +Bankcard Services,    POB 84049,    Columbus, GA 31908-4049
517590020      +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
517590027      +CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
517590028      +CBNA The Home Depot,    POB 6497,    Sioux Falls, SD 57117-6497
517590025      +Card Services,    POB 13337,    Philadelphia, PA 19101-3337
517590029      +Core Recovery Inc,    Attn: Radiology Center of Fair Lawn,    160 Eagle Rock Avenue #4,
                 Roseland, NJ 07068-6601
517590030      +Elizabeth Morales,    140 Erdman Place Apt 3G,    Bronx, NY 10475-5322
518238644      +Hackensack Univeristy Medical Center,    Attn: Celentano Stadmauer & Walentowicz,
                 1035 Route 46 East,    POB 2594,    Clifton, NJ 07015-2594
517625496      +LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,    RAS Crane, LLC,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth GA 30097-8461
517590032      +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518238645      +New Century Financial Services,    Attn: Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517590033      +New Jersey Healthcare Specialists, OC,    Attn: Pressler & Pressler, LLp,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517590034      +Phillips & Cohen Associates, LTD,    Attn: Barclays Bank Delaware,    1002 Justinson Street,
                 Wilmington, DE 19801-5148
517590035      #+Riverside Pediatric Group, OC,    38 Meadowlands Parkway, Suite 205,    Secaucus, NJ 07094-2925
517590036      +Sears/Card Services,    POB 13337,    Philadelphia, PA 19101-3337
517690232      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
517664087      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517590037      +Toyota Motor Credit Corp.,    POB 9786,    Cedar Rapids, IA 52409-0004
517590039      +U.S. Bank N.A.,    Attn: Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Suite 302,
                 Roseland, NJ 07068-1640
517638187      +U.S.BANK NATIONAL ASSOCIATION,    NATIONSTAR MORTGAGE,LLC D/B/A MR.COOPER,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 619096,    DALLAS, TX 75261-9096
517590040      +Yahaira Casanova,    17 Hester Street,    Little Ferry, NJ 07643-2001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 11:27:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 11:27:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bnc@atlasacq.com Jul 12 2019 11:26:44      ATLAS ACQUISITIONS, LLC,    294 Union St.,
                 Attn: Avi Schild,    Hackensack, NJ 07601-4303
517738303      +E-mail/Text: bnc@atlasacq.com Jul 12 2019 11:26:44      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
517671296       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:54
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517590024      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 04:34:21
                 Capital One Bank, N.A.,    POB 30285,    Salt Lake City, UT 84130-0285
517709835       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2019 04:34:03
                 LVNV Funding, LLC its successors and assigns as,    assignee of Webster Bank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517590031      +E-mail/Text: bk@lendingclub.com Jul 12 2019 11:28:15      Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
517704836       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 04:34:57
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517704818       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 04:35:00
                 Portfolio Recovery Associates, LLC,    c/o NFL Extra Points,    POB 41067,    Norfolk VA 23541
517704813       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 04:34:24
                 Portfolio Recovery Associates, LLC,    c/o Sears,    POB 41067,    Norfolk VA 23541
517651383       E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2019 11:27:37
                 Quantum3 Group LLC as agent for,    Genesis Consumer Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
518286641      +E-mail/Text: bankruptcy@trinityfs.com Jul 12 2019 11:28:11      Trinity Financial Services, LLC,
                 2618 San Miguel Drive Suite 303,    Newport Beach, California 92660-5437
```

```
District/off: 0312-2           User: admin              Page 2 of 2                   Date Rcvd: Jul 12, 2019
                               Form ID: 185             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517590021*       +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
517590022*       +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
517590026*       +Card Services,    POB 13337,    Philadelphia, PA 19101-3337
517590038*       +Toyota Motor Credit Corp.,    POB 9786,    Cedar Rapids, IA 52409-0004
                                                                                             TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                            Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Trinity Financial Services, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicing agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage
               Pass-Through Certificates, Series 2007-16N cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    Trinity Financial Services, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-16N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing
               agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage Pass-Through
               Certificates, Series 2007-16N mcozzini@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Trinity Financial Services, LLC
               rsolarz@kmllawgroup.com
              Robert Wachtel    on behalf of Debtor Henry  Casanova rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Debtor Henry  Casanova ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Shauna M Deluca    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-16N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE sdeluca@rasflaw.com
              Sindi  Mncina    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-16N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing
               agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage Pass-Through
               Certificates, Series 2007-16N smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 13
```