| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg  MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br>   HENRY CASANOVA | Order Filed on September 12,<br>2019 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey<br><br>Case No.:  18-22020<br><br>Hearing Date:  09/11/2019<br><br>Judge:  STACEY L. MEISEL |

**ORDER DENYING CONFIRMATION**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: September 12, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  HENRY CASANOVA

Case No.:  18-22020SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/11/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/11/2019 of the plan filed on 07/11/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/21/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.