Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–22020–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Henry Casanova
    488 Victor Street
    Saddle Brook, NJ 07663

Social Security No.:
    xxx–xx–7447

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       10/16/19
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Ronald I. LeVine, Debtor's Attorney,

COMMISSION OR FEES
$3,075.00

EXPENSES
$93.50

---

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 7, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-22020-SLM
Henry Casanova                                                            Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 2              Date Rcvd: Oct 07, 2019
                                 Form ID: 137              Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
db            +Henry Casanova,    488 Victor Street,    Saddle Brook, NJ 07663-6121
cr            +LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,     Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue Suite 100,    Boca Raton, FL 33487-2853
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,     Stern, Lavinthal & Frankenberg, LLC,
               105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr            +RAS Crane, LLC,    Bankruptcy Department,    10700 Abbott's Bridge Road,    Suite 170,
               Duluth, GA 30097-8461
517590016     +Admin Recovery LLC,    Attn: Raymour & Flanigan,    POB 731,    Mahwah, NJ 07430-0731
517590017     +Aurora Loan Services, LLC,    80 State Street,    Albany, NY 12207-2541
517590018     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America, N.A.,    POB 982234,    El Paso, TX 79998)
517590023     +BGS First Electronic Bank,    POB 4499,    Beaverton, OR 97076-4499
517590019     +Bankcard Services,    POB 84049,    Columbus, GA 31908-4049
517590020     +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
517590021     +CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
517590028     +CBNA The Home Depot,    POB 6497,    Sioux Falls, SD 57117-6497
517590025     +Card Services,    POB 13337,    Philadelphia, PA 19101-3337
517590029     +Core Recovery Inc,    Attn: Radiology Center of Fair Lawn,    160 Eagle Rock Avenue #4,
               Roseland, NJ 07068-6601
517590030     +Elizabeth Morales,    140 Erdman Place Apt 3G,    Bronx, NY 10475-5322
518238644     +Hackensack Univeristy Medical Center,    Attn: Celentano Stadmauer & Walentowicz,
               1035 Route 46 East,    POB 2594,    Clifton, NJ 07015-2594
517625496     +LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,     RAS Crane, LLC,
               10700 Abbott's Bridge Road, Suite 170,    Duluth GA 30097-8461
517590032     +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518238645     +New Century Financial Services,    Attn: Pressler & Pressler,    7 Entin Road,
               Parsippany, NJ 07054-5020
517590033     +New Jersey Healthcare Specialists, OC,    Attn: Pressler & Pressler, LLp,    7 Entin Road,
               Parsippany, NJ 07054-5020
517590034     +Phillips & Cohen Associates, LTD,    Attn: Barclays Bank Delaware,    1002 Justinson Street,
               Wilmington, DE 19801-5148
517590035     #+Riverside Pediatric Group, OC,    38 Meadowlands Parkway, Suite 205,    Secaucus, NJ 07094-2925
517590036     +Sears/Card Services,    POB 13337,    Philadelphia, PA 19101-3337
517690232     +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
               Dallas, TX 75380-0849
517664087     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
517590037     +Toyota Motor Credit Corp.,    POB 9786,    Cedar Rapids, IA 52409-0004
517590039     +U.S. Bank N.A.,    Attn: Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Suite 302,
               Roseland, NJ 07068-1640
517638187     +U.S.BANK NATIONAL ASSOCIATION,    NATIONSTAR MORTGAGE,LLC D/B/A MR.COOPER,
               ATTN: BANKRUPTCY DEPT,    PO BOX 619096,    DALLAS, TX 75261-9096
517590040     +Yahaira Casanova,    17 Hester Street,    Little Ferry, NJ 07643-2001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 08 2019 00:14:53    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 08 2019 00:14:52    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr             E-mail/Text: bnc@atlasacq.com Oct 08 2019 00:13:46    ATLAS ACQUISITIONS, LLC,    294 Union St.,
               Attn: Avi Schild,    Hackensack, NJ 07601-4303
517738303     +E-mail/Text: bnc@atlasacq.com Oct 08 2019 00:13:46    Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
517671296      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 08 2019 00:23:39
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517590024     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 08 2019 00:23:39
               Capital One Bank, N.A.,    POB 30285,    Salt Lake City, UT 84130-0285
517709835      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 08 2019 00:21:48
               LVNV Funding, LLc its successors and assigns as,    assignee of Webster Bank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517590031     +E-mail/Text: bk@lendingclub.com Oct 08 2019 00:15:22    Lending Club,
               71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
517704836      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 08 2019 00:34:22
               Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517704818      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 08 2019 00:22:38
               Portfolio Recovery Associates, LLC,    c/o NFL Extra Points,    POB 41067,    Norfolk VA 23541
517704813      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 08 2019 00:22:39
               Portfolio Recovery Associates, LLC,    c/o Sears,    POB 41067,    Norfolk VA 23541
517651383      E-mail/Text: bnc-quantum@quantum3group.com Oct 08 2019 00:14:46
               Quantum3 Group LLC as agent for,    Genesis Consumer Funding LLC,    PO Box 788,
               Kirkland, WA  98083-0788
518286641     +E-mail/Text: bankruptcy@trinityfs.com Oct 08 2019 00:15:20    Trinity Financial Services, LLC,
               2618 San Miguel Drive Suite 303,    Newport Beach, California 92660-5437

```
District/off: 0312-2          User: admin               Page 2 of 2          Date Rcvd: Oct 07, 2019
                             Form ID: 137               Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

                                                                                    TOTAL: 13

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517590021*      +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
517590022*      +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
517590026*      +Card Services,    POB 13337,    Philadelphia, PA 19101-3337
517590038*      +Toyota Motor Credit Corp.,    POB 9786,    Cedar Rapids, IA 52409-0004
                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Trinity Financial Services, LLC
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
          servicing agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage
          Pass-Through Certificates, Series 2007-16N cmecf@sternlav.com
          Kevin Gordon McDonald    on behalf of Creditor    Trinity Financial Services, LLC
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
          SERIES 2007-16N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyecf@rasflaw.com,
          bkyecf@rasflaw.com;legerman@rasnj.com
          Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing
          agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage Pass-Through
          Certificates, Series 2007-16N mcozzini@sternlav.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Trinity Financial Services, LLC
          rsolarz@kmllawgroup.com
          Robert Wachtel    on behalf of Debtor Henry  Casanova rwachtel@ronlevinelaw.com,
          irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Debtor Henry  Casanova ronlevinelawfirm@gmail.com,
          irr72645@notify.bestcase.com
          Shauna M Deluca    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
          SERIES 2007-16N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE sdeluca@rasflaw.com
          Sindi Mncina    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
          SERIES 2007-16N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE smncina@rascrane.com
          Sindi Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing
          agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage Pass-Through
          Certificates, Series 2007-16N smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 13
```