Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 18−22020−SLM
                                    Chapter: 13
                                    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry Casanova
   488 Victor Street
   Saddle Brook, NJ 07663

Social Security No.:
   xxx−xx−7447

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/10/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 10, 2020
JAN: rah

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-22020-SLM
Henry Casanova                                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 10, 2020
                              Form ID: 148             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.

```
db           +Henry Casanova,    488 Victor Street,    Saddle Brook, NJ 07663-6121
cr           +LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue Suite 100,    Boca Raton, FL 33487-2853
cr           +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr           +RAS Crane, LLC,    Bankruptcy Department,    10700 Abbott's Bridge Road,    Suite 170,
              Duluth, GA 30097-8461
517590016    +Admin Recovery LLC,    Attn: Raymour & Flanigan,    POB 731,    Mahwah, NJ 07430-0731
517590017    +Aurora Loan Services, LLC,    80 State Street,    Albany, NY 12207-2541
517590023    +BGS First Electronic Bank,    POB 4499,    Beaverton, OR 97076-4499
517590019    +Bankcard Services,    POB 84049,    Columbus, GA 31908-4049
517590027    +CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
517590028    +CBNA The Home Depot,    POB 6497,    Sioux Falls, SD 57117-6497
517590029    +Core Recovery Inc,    Attn: Radiology Center of Fair Lawn,    160 Eagle Rock Avenue #4,
              Roseland, NJ 07068-6601
517590030    +Elizabeth Morales,    140 Erdman Place Apt 3G,    Bronx, NY 10475-5322
518238644    +Hackensack Univeristy Medical Center,    Attn: Celentano Stadmauer & Walentowicz,
              1035 Route 46 East,    POB 2594,    Clifton, NJ 07015-2594
517625496    +LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,    RAS Crane, LLC,
              10700 Abbott's Bridge Road, Suite 170,    Duluth GA 30097-8461
517590032    +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518238645    +New Century Financial Services,    Attn: Pressler & Pressler,    7 Entin Road,
              Parsippany, NJ 07054-5020
517590033    +New Jersey Healthcare Specialists, OC,    Attn: Pressler & Pressler, LLp,    7 Entin Road,
              Parsippany, NJ 07054-5020
517590034    +Phillips & Cohen Associates, LTD,    Attn: Barclays Bank Delaware,    1002 Justinson Street,
              Wilmington, DE 19801-5148
517590035   #+Riverside Pediatric Group, OC,    38 Meadowlands Parkway, Suite 205,    Secaucus, NJ 07094-2925
517590036    +Sears/Card Services,    POB 13337,    Philadelphia, PA 19101-3337
517690232    +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
              Dallas, TX 75380-0849
517664087    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
517590039    +U.S. Bank N.A.,    Attn: Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Suite 302,
              Roseland, NJ 07068-1640
517638187    +U.S.BANK NATIONAL ASSOCIATION,    NATIONSTAR MORTGAGE,LLC D/B/A MR.COOPER,
              ATTN: BANKRUPTCY DEPT,    PO BOX 619096,    DALLAS, TX 75261-9096
517590040    +Yahaira Casanova,    17 Hester Street,    Little Ferry, NJ 07643-2001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2020 22:32:02      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 22:32:01      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr           +EDI: ATLASACQU.COM Jan 11 2020 03:28:00      ATLAS ACQUISITIONS, LLC,    294 Union St.,
              Attn: Avi Schild,    Hackensack, NJ 07601-4303
517738303    +EDI: ATLASACQU.COM Jan 11 2020 03:28:00      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
517590018     EDI: BANKAMER.COM Jan 11 2020 03:28:00      Bank of America, N.A.,    POB 982234,
              El Paso, TX 79998
517590020    +EDI: TSYS2.COM Jan 11 2020 03:28:00      Barclays Bank Delaware,    POB 8803,
              Wilmington, DE 19899-8803
517671296     EDI: CAPITALONE.COM Jan 11 2020 03:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
517590024    +EDI: CAPITALONE.COM Jan 11 2020 03:28:00      Capital One Bank, N.A.,    POB 30285,
              Salt Lake City, UT 84130-0285
517590025    +EDI: TSYS2.COM Jan 11 2020 03:28:00      Card Services,    POB 13337,
              Philadelphia, PA 19101-3337
517709835     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2020 22:43:06
              LVNV Funding, LLC its successors and assigns as,     assignee of Webster Bank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517590031    +E-mail/Text: bk@lendingclub.com Jan 10 2020 22:32:14      Lending Club,
              71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
517704836     EDI: PRA.COM Jan 11 2020 03:28:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
              POB 41067,    Norfolk VA 23541
517704818     EDI: PRA.COM Jan 11 2020 03:28:00      Portfolio Recovery Associates, LLC,
              c/o NFL Extra Points,    POB 41067,    Norfolk VA 23541
517704813     EDI: PRA.COM Jan 11 2020 03:28:00      Portfolio Recovery Associates, LLC,    c/o Sears,
              POB 41067,    Norfolk VA 23541
517651383     EDI: Q3G.COM Jan 11 2020 03:28:00      Quantum3 Group LLC as agent for,
              Genesis Consumer Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517590037    +EDI: TFSR.COM Jan 11 2020 03:28:00      Toyota Motor Credit Corp.,    POB 9786,
              Cedar Rapids, IA 52409-0004
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Jan 10, 2020
                              Form ID: 148             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518286641       +E-mail/Text: bankruptcy@trinityfs.com Jan 10 2020 22:32:13     Trinity Financial Services, LLC,
                 2618 San Miguel Drive Suite 303,   Newport Beach, California 92660-5437
                                                                                             TOTAL: 17

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517590021*      +Barclays Bank Delaware,   POB 8803,   Wilmington, DE 19899-8803
517590022*      +Barclays Bank Delaware,   POB 8803,   Wilmington, DE 19899-8803
517590026*      +Card Services,   POB 13337,   Philadelphia, PA 19101-3337
517590038*      +Toyota Motor Credit Corp.,   POB 9786,   Cedar Rapids, IA 52409-0004
                                                                                             TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Trinity Financial Services, LLC
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicing agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage
               Pass-Through Certificates, Series 2007-16N cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    Trinity Financial Services, LLC
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-16N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing
               agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage Pass-Through
               Certificates, Series 2007-16N mcozzini@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Trinity Financial Services, LLC
               rsolarz@kmllawgroup.com
              Robert Wachtel    on behalf of Debtor Henry  Casanova rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Debtor Henry  Casanova ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Shauna M Deluca    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-16N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE sdeluca@rasflaw.com
              Sindi Mncina    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-16N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE smncina@rascrane.com
              Sindi Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing
               agent for U.S. Bank National Association, as Trustee for Lehman Xs Trust Mortgage Pass-Through
               Certificates, Series 2007-16N smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```